## Case No. 17,779.

### Ex parte WILSON.

[2 Cranch, C. C. 7.] [1]

Circuit Court, District of Columbia. July Term, 1810.

IMPRISONMENT FOR DEBT—DISCHARGE.

The court will not, on motion, discharge a prisoner for debt, who has the benefit of the bounds, because the creditor refuses to pay the daily allowance.

Motion by Mr. E. J. Lee, for W. Wilson, to order the marshal to discharge him from the prison-bounds, the creditor having failed to furnish him with his daily allowance, according to the act of congress of 3d March, 1803, § 5 (2 Stat. 237). The allowance was demanded by the marshal on the 25th of June, 1810, and refused. The daily allowance for prisoners in execution for debt, was fixed by a general order of the court, on the 13th of June, 1803.

THE COURT refused to make such an order for the discharge of Mr. Wilson in this summary way, because if he has a right to depart the prison-bounds he is at liberty so to do; if he has not, the order of the court would not justify the marshal in discharging him.

See Ex parte Wilson, 6 Cranch [10 U. S.] 52.